IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LINDA JOYCE SAMPLES, Individually and
as administratrix of the estate of Christopher
Wayne Samples, deceased     PLAINTIFF

v.     No. 6:16-CV-06099

JOSH CANNON, Individually and in his official
capacity as a deputy for the Garland County
Sheriff's Department; et al.     DEFENDANTS

## JUDGMENT

Pursuant to the orders entered in this case on January 3, 2017; March 24, 2017; August 4, 2017; and October 19, 2017, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE with respect to the official capacity claims against Separate Defendants James Avant and Brandon Cook; and WITHOUT PREJUDICE with respect to all other claims.

IT IS SO ADJUDGED this 19th day of October, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE